USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PER MAGNE EIDEM,

                Petitioner,

-v-

DANA MARIE EIDEM,

                Respondent.

No. 18-cv-6153 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On January 2, 2020, the Court of Appeals issued its mandate in *Eidem v. Eidem*, No. 19-1417, 2019 WL 6704977 (2d Cir. Dec. 10, 2019), which affirmed this Court's April 29, 2019 Opinion and Order granting Petitioner's request for the return of the parties' two minor children to their State of habitual residence, Norway, pursuant to the Hague Convention, *see Eidem v. Eidem*, 382 F. Supp. 3d 285 (S.D.N.Y. 2019). (Doc. No. 122.) The Court of Appeals also lifted its stay of this Court's April 29, 2019 Opinion and Order. (Doc. No. 121.)

    The Court is now in receipt of a letter from Petitioner's counsel, dated January, 3, 2020, requesting that the Court order Respondent to take specific steps to effectuate the return of the parties' children to Norway by Monday, January 6, 2020, the date of return agreed upon by the parties. (Doc. No. 123.) Specifically, Petitioner requests that the Court order Respondent to (1) bring their children to the lobby of the Roosevelt Hotel (where Petitioner will be staying) on East 45th Street, New York, New York, on January 6, 2020 at 9:00 a.m., and (2) to sign all necessary travel documents and to bring such documents with her to the hotel. (*Id.*) Although Respondent previously agreed to the January 6, 2020 return date and agreed to provide the necessary travel

documents (Doc. No. 119 at 2; *id.* Exh. C), Petitioner now asserts that Respondent has recently refused to confirm that she intends to cooperate in returning the children (Doc. No. 123 at 2).

Petitioner's request is GRANTED. As the Court has explained in its previous orders and on the record at the June 18, 2019 conference, Respondent must take all reasonable steps necessary to comply with the Court's orders. (Doc. Nos. 98 at 15 n.3, 108, 113.) Petitioner's proposed plan for effectuating the return of the parties' children is reasonable; indeed, Respondent previously agreed to the January 6, 2020 return date. (Doc. Nos. 119 at 2; 123 at 1.) Accordingly, IT IS HEREBY ORDERED THAT Respondent shall (1) bring the parties' children to the lobby of the Roosevelt Hotel, located at 45 East 45th Street, New York, New York 10017, on Monday, January 6, 2020 at 9:00 a.m., and (2) bring with her a signed and notarized passport application for each child, as well as a color copy of her Norwegian passport, notarized and marked as true, and any other necessary travel documents. (*See* Doc. No. 123 at 2.)

Failure to comply with this Order may result in contempt sanctions.

SO ORDERED.

Dated: January 3, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation