UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PER MAGNE EIDEM,

                Petitioner,

-v-

DANA MARIE EIDEM,

                Respondent.

No. 18-cv-6153 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT petitioner's counsel and respondent's counsel shall appear for a telephone status conference at 12:30 p.m. today to discuss the effectuation of the Court's prior orders directing the return of the parties' children to Norway pursuant to the Hague Convention and the ongoing need for any contempt sanctions. Counsel shall call 1-888-363-4749 and use access code 3290725.

SO ORDERED.

Dated:     January 6, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation