USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PER MAGNE EIDEM,

                Petitioner,

-v-

DANA MARIE EIDEM,

                Respondent.

No. 18-cv-6153 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record at the telephone conference held today at 12:30 p.m., IT IS HEREBY ORDERED THAT the parties shall appear today at 2:30 p.m. for Respondent's presentment on the January 5, 2020 arrest warrant and for a conference to discuss whether Respondent will comply with the Court's prior orders directing her to sign all necessary travel documents in order to effectuate the return of the parties' children to Norway pursuant to the Hague Convention. The proceeding shall be held in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Petitioner's counsel may appear by telephone; counsel shall call 1-888-363-4749 and use access code 3290725.

SO ORDERED.

Dated:      January 6, 2020
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation