USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1|6|20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PER MAGNE EIDEM,

                    Petitioner,

        -v-

DANA MARIE EIDEM,

                    Respondent.

No. 18-cv-6153 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Petitioner Per Magne Eidem is granted sole custody of the parties' children, T███ Eidem and N███ Eidem, for the limited purpose of applying for and obtaining passports for the children in order to effectuate the Court's April 29, 2019 Opinion and Order (Doc. No. 98, 121, 122) directing that the children be returned to Norway pursuant to the Hague Convention on the Civil Aspects of International Child Abduction.

SO ORDERED.

Dated:      January 6, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation