USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PER MAGNE EIDEM,

                Petitioner,

-v-

DANA MARIE EIDEM,

                Respondent.

No. 18-cv-6153 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    In light of Respondent's clear and repeated statements – including in written submissions through counsel and on the record before the Court – that she refuses to comply with and intends to obstruct the Court's Orders of April 29, 2019 (Doc. Nos. 98, 121, 122) (granting Petitioner's application for the return of the parties' children to Norway pursuant to the Hague Convention), and January 3, 2020 (Doc. No. 124) (directing Respondent to sign travel documents in order to effectuate the return of the parties' children pursuant to the Court's prior Order and the Hague Convention), IT IS HEREBY ORDERED THAT Respondent is in civil contempt and remanded to the custody of the United States Marshals Service and Bureau of Prisons pending further order of the Court. *See CBS Broad. Inc. v. FilmOn.com, Inc.*, 814 F.3d 91, 98 (2d Cir. 2016); *Gucci Am., Inc. v. Li*, No. 10-cv-4974 (RJS), 2015 WL 7758872, at *1–2 (S.D.N.Y. Nov. 30, 2015) (contempt standard satisfied "where contemnor ha[d] made clear, in writing and in conferences before the Court, that it d[id] not intend to comply with the Court's orders"). (*See also* Doc. Nos. 98 at 15 n.3, 108, 113, 124; Transcript of June 18, 2019 conference; Transcript of January 6, 2020 conference.)

IT IS FURTHER ORDERED THAT, in light of Respondent's suicidal ideations, as manifested in statements made immediately before the January 6, 2020 conference and as reflected in the transcript of that conference, the Bureau of Prisons is *strongly* recommended to place Respondent on 24-hour suicide watch and to provide her with mental health treatment during the time she is in custody.

SO ORDERED.

Dated: January 6, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation