UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PER MAGNE EIDEM,

                Petitioner,

-v-

DANA MARIE EIDEM,

                Respondent.

No. 18-cv-6153 (RJS)
AMENDED ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Respondent Dana Marie Eidem, Respondent's counsel, and Petitioner's counsel shall appear for a conference in this matter to discuss the ongoing need for contempt sanctions against Respondent on Friday, January 10, 2020, at 4:30 p.m. in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Petitioner's counsel may appear by telephone; counsel shall call 1-888-363-4749 and use access code 3290725.

SO ORDERED.

Dated:    January 7, 2020
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation