UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PER MAGNE EIDEM,

        Petitioner,

-v-

DANA MARIE EIDEM,

        Respondent.



No. 18-cv-6153 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record at the conference held this afternoon, IT IS HEREBY ORDERED THAT the Court's January 5 and January 6, 2020 Orders (Doc. Nos. 132, 134) directing that Respondent be detained for non-compliance with the Court's prior orders are VACATED.

SO ORDERED.

Dated:    January 10, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation